UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M31 CAPITAL MANAGEMENT, LLC, *et al.*,<br><br>                                        Plaintiffs,<br><br>                      -v-<br><br>HEIDELBERGER<br>BETEILIGUNGSHOLDING AG, *et al.*,<br>                                        Defendants. | 25-CV-9890 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On December 1, 2025, the Court issued an order warning Plaintiffs that the complaint would be dismissed if they failed to file, on or before December 15, 2025, a letter providing the information necessary to establish the Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1332.  (*See* ECF No. 6.)  Plaintiffs failed to comply with that directive.  Accordingly, this case is dismissed without prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 12, 2026
         New York, New York

_____
              J. PAUL OETKEN
        United States District Judge