UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**M31 Capital Management, LLC** and
**M31 Ventures LLC Series SPV P**,

Plaintiffs,

-against-

**Heidelberger Beteiligungsholding AG** and
**WAOW Entrepreneurship GmbH**,

Defendants.

Case 1:25-cv-09890-JPO

**DECLARATION OF KRISTIE M. BLASE IN SUPPORT OF PLAINTIFFS' MOTION TO RE-OPEN**

KRISTIE M. BLASE declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed in the State of New York, a member of the Bar of this Court, and a shareholder of Frazer + Blase, P.C., counsel to Plaintiffs M31 Capital Management, LLC and M31 Ventures LLC Series SPV P ("Plaintiffs") in the above-captioned action.

2. I am over the age of eighteen and competent to make this declaration. I make this declaration in support of Plaintiffs' motion to re-open this action.

3. On November 26, 2025, when I commenced this action by filing the complaint against Defendants Heidelberger Beteiligungsholding AG ("HBH") and WAOW Entrepreneurship GmbH ("WAOW" and together with HBH, "Defendants"), I also filed Rule 7.1 Corporate Disclosure Statements for both Plaintiffs. These disclosures listed the two individual U.S. citizens who are the members of the plaintiff limited liability companies. Doc. No. 2, Doc. No. 3.

4. On the same day that I re-filed the complaint (Doc. No. 5) due to a radio button error, the Honorable Judge J. Paul Oetken issued an order setting an initial conference for March 18, 2026. Doc. No. 6. The order also included direction to provide additional information about the citizenship of the members of the plaintiff limited liability companies. I had obtained

this information from my clients before filing to ensure that this Court has subject matter jurisdiction under 28 U.S.C. § 1332, and it was included in the Rule 7.1 corporate disclosure statements that I filed on the day I commenced the action. When reviewing the Judge's December 1st order, I inadvertently missed the separate deadline for providing the Court with a letter containing this information, and only noted the March 18, 2026 date. I apologize for this oversight. Because I did not see the second date, Plaintiffs did not file a letter within the time period set by the Judge. This was my error.

5. ***The Plaintiffs' members are U.S. citizens***: Plaintiff M31 Capital Management, LLC is a limited liability company organized under the laws of Connecticut. Its two members are individual U.S. citizens. Plaintiff M31 Ventures LLC Series SPV P is a series limited liability company organized under the laws of Delaware. Its parent is M31 Ventures LLC, and that entity's members are two individual U.S. citizens. I provided this information to the Court in the Rule 7.1 Corporate Disclosure Statements filed on November 26, 2025. Doc. No. 2; Doc. No. 3.

6. ***Defendants are German companies***: Defendant Heidelberger Beteiligungsholding AG is a corporation organized under the laws of Germany, with offices in Heidelberg, Germany. Defendant WAOW Entrepreneurship GmbH is incorporated under the laws of Germany, with offices in Berlin, Germany.

7. Plaintiffs have commenced the process of service on the German Defendants under the Hague Convention. Plaintiffs have not received returned service from the German Central Authority. In addition to commencing the process of service through the Central Authority, I have reached out to Defendants through various means to inform them of the lawsuit and request waiver of service. They have not agreed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 13, 2026

*/s/ Kristie M. Blase*
Kristie M. Blase

I certify that this declaration complies with Local Rule 7.1(c) and has a word count of 522, not including the caption, any index, table of contents, table of authorities, signature blocks, or any required certificates. The word count was provided by the word-processing program that was used to prepare this document.

*/s/ Kristie M. Blase*