UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M31 CAPITAL MANAGEMENT, LLC and M31 VENTURES LLC SERIES SPV P,
Plaintiffs,

-v-

HEIDELBERGER BETEILIGUNGSHOLDING AG and WAOW ENTERPRENEURSHIP GMBH,
Defendants.

25-CV-9890 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiffs M31 Capital Management, LLC and M31 Ventures LLC Series SPV P (collectively, "M31") brought this breach of contract action against German Defendants Heidelberger Beteiligungsholding AG ("HBH") and WAOW Entrepreneurship GmbH ("WAOW") on November 26, 2025. (ECF No. 1.)

On May 14, 2026, the Court granted in part and denied in part M31's motion for alternate service. (ECF No. 19.) Specifically, the Court granted M31's motion to serve Defendant WAOW by email and denied M31's motion to serve Defendant HBH by email. (*Id.* at 6.) On May 19, 2026, M31 served WAOW by email (*see* ECF No. 24), such that WAOW's response to the complaint was due by June 9, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, WAOW has not appeared in the action or filed any response to the complaint. Separately, as far as the Court is aware, M31 has not been able to effectuate service HBH. (*See* ECF No. 27.)

In light of WAOW's failure to file a response to the complaint, the Court directs M31 to file a status letter by September 16, 2026, addressing whether M31 intends to move for default

judgment as to WAOW, and if so, when M31 intends to do so. In addition, the status letter shall apprise the Court of status of service efforts on HBH.

To the extent that M31 intends to move for default judgment, M31 is directed to adhere to the requirements outlined in Local Civil Rules 55.1 and 55.2 as well as Rule 4.J of this Court's Individual Rules and Practices in Civil Cases.

The Court warns M31 that M31 has previously failed to comply with the Court's express directives. (*See* ECF Nos. 11, 28.) M31 is warned that failure to file a compliant status letter by September 16, 2026 may result in dismissal of this action for failure to prosecute.

Finally, **M31 is directed to serve a copy of this order by email on WAOW and HBH.**

SO ORDERED.

Dated: September 2, 2026
New York, New York

J. PAUL OETKEN
United States District Judge