FRAZER + BLASE

**Kristie M. Blase***
**Shareholder**
**T (646) 844 3672**
**M (713) 887 1181**
**E Kristie.Blase@FrazerPC.com**
**Licensed in New York and Texas*

September 15, 2026

**VIA ECF**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Courtroom 706
40 Foley Square
New York, New York 10007

Re: Case 1:25-cv-09890-JPO
*M31 Capital Management, LLC and M31 Ventures LLC Series SPV P v. Heidelberger Beteiligungsholding AG and WAOW Entrepreneurship GmbH*

Dear Judge Oetken:

This firm represents Plaintiffs M31 Capital Management, LLC and M31 Ventures LLC Series SPV P ("**Plaintiffs**") in the above-captioned action. I write today as ordered by Your Honor. First, my apologies for the delay in updating the Court on Plaintiff's service efforts. Due to an unexpected death in my family, I was out of the office for more than a month.

As of the date of this letter, defendant Heidelberger Beteiligungsholding AG ("**HBH**") has not yet been served pursuant to Article 5 the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"). Efforts continue to serve Defendant HBH under the Hague Convention. Defendant WAOW Entrepreneurship GmbH ("**WAOW**") was served on May 19, 2026 by email. Doc. No. 24. Plaintiff intends to move for default judgment against Defendant WAOW.

Respectfully submitted,

Kristie M. Blase
FRAZER + BLASE, P.C.

cc: *by email*

**Defendant WAOW**

WAOW CEO: *Wanja S. Oberhof*: wso@waow-group.com; wso@epicurean.ag; wso@sqdai-strategies.com

**Defendant HBH**

HBH CEO & Management Supervisor: *Christoph Holschbach*: Christoph.Holschbach@heidelberger-beteiligungsholding.de; ch@sqdai-strategies.com
HBH Chairman: *Clemens Jakopitsch*: cj@sqdai-strategies.com