UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **M31 Capital Management, LLC** and **M31 Ventures LLC Series SPV P**,<br><br>Plaintiffs,<br><br>-against-<br><br>**Heidelberger Beteiligungsholding AG** and **WAOW Entrepreneurship GmbH**,<br><br>Defendants. | Case 1:25-cv-09890-JPO<br><br>**DECLARATION OF KRISTIE M. BLASE IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

KRISTIE M. BLASE declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed in the State of New York, a member of the Bar of this Court, and a shareholder of Frazer + Blase, P.C., counsel to Plaintiffs M31 Capital Management, LLC and M31 Ventures LLC Series SPV P ("**Plaintiffs**") in the above-captioned action.

2. I am over the age of eighteen and competent to make this declaration. I am familiar with the facts set forth below based on my personal knowledge and my review of the records in this matter. I submit this Declaration pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 in support of Plaintiffs' request that the Clerk enter the default of Defendant WAOW Entrepreneurship GmbH ("**WAOW**").

3. Plaintiffs commenced this action by filing the Complaint on November 26, 2025. Doc. No. 1. The Amended Summons was issued on May 18, 2026. Doc. No. 21.

4. WAOW is a limited liability company (GmbH) organized under the laws of Germany, with offices at Linienstraße 86, 10119 Berlin, Germany. WAOW is not an individual, and is therefore not an infant, an incompetent person, or a person in the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

5. The requirements of Rule 4 of the Federal Rules of Civil Procedure for service of process on WAOW have been satisfied. By Order dated May 14, 2026, the Court granted Plaintiffs' motion to serve WAOW by email. Doc. No. 19. On May 19, 2026, Plaintiffs served WAOW by email with the Amended Summons and Complaint and related papers, as set forth in the Affidavit of Service filed on June 15, 2026. Doc. No. 24.

6. Pursuant to Rule 12(a)(1)(A)(i), WAOW's answer or other response to the Complaint was due on June 9, 2026.

7. The time for WAOW to answer, move against, or otherwise respond to the Complaint has expired. WAOW has not answered the Complaint, has not appeared in this action, and has not otherwise defended. This fact is confirmed by the Court's Order dated September 2, 2026, which states that "[t]o date, WAOW has not appeared in the action or filed any response to the complaint." Doc. No. 29.

8. The Request to Enter Default is attached, with a certificate of service reflecting service of the request and supporting papers on WAOW at its last known business address and email address. The proposed Clerk's Certificate of Default is also attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 22, 2026

*/s/ Kristie M. Blase*
Kristie M. Blase