UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**M31 Capital Management, LLC** and
**M31 Ventures LLC Series SPV P**,

Plaintiffs,

-against-

**Heidelberger Beteiligungsholding AG** and
**WAOW Entrepreneurship GmbH**,

Defendants.

Case 1:25-cv-09890-JPO

**REQUEST TO ENTER DEFAULT**

**(Defendant WAOW Entrepreneurship GmbH)**

**TO: Clerk of the United States District Court for the Southern District of New York**

Plaintiffs M31 Capital Management, LLC and M31 Ventures LLC Series SPV P ("**Plaintiffs**"), respectfully request, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 of this Court, that the Clerk enter the default of Defendant WAOW Entrepreneurship GmbH ("**WAOW**") for its failure to plead or otherwise defend in this action.

In support of this request, Plaintiffs submit the accompanying Declaration of Kristie M. Blase and a proposed Clerk's Certificate of Default. As set forth in the Declaration: (i) the requirements of Federal Rule of Civil Procedure 4 for service of process on WAOW have been satisfied through the alternate (email) service authorized by the Court's May 14, 2026 Order (Doc. No. 19), effected on May 19, 2026 (Doc. No. 24); (ii) WAOW's time to answer or otherwise respond to the Complaint expired on June 9, 2026; and (iii) WAOW has not answered, appeared, or otherwise defended in this action.

Dated: New York, New York
October 22, 2026

**FRAZER + BLASE, P.C.**

By: /s/ *Kristie M. Blase*
Kristie M. Blase
11 Broadway, Suite 615
New York, New York 10004
Kristie.Blase@FrazerPC.com

*Counsel for Plaintiffs M31 Capital Management, LLC and M31 Ventures LLC Series SPV P*

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I caused a true and correct copy of the foregoing Request to Enter Default, the Declaration of Kristie M. Blase in support thereof, and the proposed Clerk's Certificate of Default to be served upon Defendant WAOW Entrepreneurship GmbH at its last known business address, Linienstraße 86, 10119 Berlin, Germany, by first-class mail and by email.

Dated: New York, New York
October 22, 2026

/s/ *Kristie M. Blase*
Kristie M. Blase