UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **M31 Capital Management, LLC** and<br>**M31 Ventures LLC Series SPV P**,<br><br>Plaintiffs,<br><br>-against-<br><br>**Heidelberger Beteiligungsholding AG** and<br>**WAOW Entrepreneurship GmbH**,<br><br>Defendants. | Case 1:25-cv-09890-JPO<br><br>**[PROPOSED]**<br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, Tammi M. Hellwig, Clerk of the United States District Court for the Southern District of New York**,** do hereby certify that this action was commenced by filing the Complaint on November 26, 2025 (Doc. No. 1), Defendant WAOW Entrepreneurship GmbH was served with the Amended Summons (Doc. No. 21) and Complaint by email on May 19, 2026, pursuant to the Court's Order dated May 14, 2026 (Doc. No. 19), as reflected in the Affidavit of Service filed on June 15, 2026 (Doc. No. 24).

I further certify that the docket entries indicate that Defendant WAOW Entrepreneurship GmbH has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant WAOW Entrepreneurship GmbH is hereby noted.

Dated: New York, New York
___________ __, 2026

**Tammi M. Hellwig, Clerk of Court**

By: ______________________
Deputy Clerk